(February 6, 1973)

In the Matter of C. JAMES LOMBARDI, JR., Petitioner, v. MARGARET J. MANGAN et al., Respondents.—Application for an order in the nature of a writ of prohibition denied, the cross motion granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur — Stevens, P. J., McGivern, Kupferman, Lane and Capozzoli, JJ.